(79 South. 176)

No. 21524.

SOUTHERN SCRAP MATERIAL CO. v. LIQ-
UIDATING COM'RS OF CARONDELET
CANAL & NAVIGATION CO. et al.

(June, 1918.)

*(Syllabus by the Court.)*

COURTS ⟨⟩224(11)—APPELLATE JURISDICTION
—SUPREME COURT—TRANSFER OF CAUSE.

Where the amount sued for, as reduced by
the abandonment of a claim for punitory dam-
ages, leaves in dispute an amount less than $2,-
000, but within the jurisdiction of the Court
of Appeal, the appeal will be transferred to that
court.

Appeal from Civil District Court, Parish
of Orleans; E. K. Skinner, Judge.

Action by the Southern Scrap Material
Company against the Liquidating Commis-
sioners of the Carondelet Canal & Naviga-
tion Company and others. Judgment for
plaintiff, and all parties appeal. Appeal
transferred to the Court of Appeal for the
Parish of Orleans.

Meyer S. Dreifus, of New Orleans, for
plaintiff. Benjamin T. Waldo, of New Or-
leans (Farrar, Goldberg & Dufour and W.
C. Dufour, all of New Orleans, of counsel),
for defendants Liquidating Com'rs of Caron-
delet Canal & Navigation Co. McCloskey &
Benedict and John J. McCloskey, all of New
Orleans, for appellant defendant New Or-
leans Brewing Co.

MONROE, C. J. Plaintiff sues for the
recovery of a certain crane and appurte-
nances, or, in the alternative, for $1,500, as
the value of the same, with interest, and
for $50 per month from July 1, 1913, as the
rental value thereof, to which is added a
prayer for $1,000 as punitory damages.
There was judgment for plaintiff in the sum
of $600, from which the litigants on both
sides have appealed. The claim for puni-
tory damages has been abandoned; that for
rental amounted, at the date of the institu-
tion of the suit (July 24, 1913), to less than
$50, and no evidence was adduced on the
trial in its support; from all of which we
conclude that this court is without juris-
diction of the appeal.

Agreeably, therefore, to the provisions of
Act No. 19 of 1912, it is ordered that this
appeal be transferred to the Court of Ap-
peal for the Parish of Orleans; the costs of
the appeal to this court to be divided be-
tween the litigants in equal proportions.